# In the United States Court of Federal Claims

No. 24-2056
Filed: July 28, 2025

|  |  |
|---|---|
| CYIANNA WILLIAMS, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

## ORDER

Plaintiff Cyianna Williams, appearing pro se, brought this action in December 2024. ECF No. 1. On April 14, 2025, the Government moved to dismiss Ms. Williams's complaint. ECF No. 12. Accordingly, Ms. Williams's response to that motion was due on May 15, 2025. Ms. Williams did not file her response by the deadline.

On June 20, 2025, the court extended Ms. Williams's response deadline to June 30, 2025. ECF No. 14. In that order, the court informed Ms. Williams that if she "does not file a response with the court on or before June 30, 2025, the court will grant the Government's motion to dismiss . . . as unopposed and dismiss her complaint." ECF No. 14 (emphasis omitted). As of the date of this order, Ms. Williams still has not filed her response.

The court, however, is not sure that Ms. Williams is receiving filings in this case. According to the Postal Service, the order extending her deadline to respond to the Government's motion to dismiss, which was sent to the address she has on file with the court, has been returned to the court as unclaimed, which is not the first time that documents have been returned to the court for this reason. *See* ECF No. 11 (returning unclaimed mail). In any event, she has failed to prosecute this action.

Accordingly, the court **GRANTS** the Government's motion to dismiss, ECF No. 12, as unopposed and **DISMISSES** Ms. Williams's complaint for lack of subject matter jurisdiction. For the avoidance of doubt, the court's dismissal is without prejudice. The Clerk is directed to enter judgment accordingly.

It is so ORDERED.

s/ Edward H. Meyers
Edward H. Meyers
Judge